1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT B. STIRK
   Special Assistant U.S. Attorney
3  PROSECUTION UNIT
   1 S. Rosamond Blvd.
4  Edwards, California 93523
   Telephone (661) 277-8120
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                       EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   CASE No. 5: 05-MJ-00038 TAG
                                    )
11         Plaintiff,                )   MOTION AND ORDER FOR
                                    )   DISMISSAL OF INFORMATION
12 v.                               )
                                    )
13 ANGEL CRUZ,                      )
           Defendant.                )
14  _____                     )
                                    )
15                                  )

16
   The United States Attorney's Office, pursuant to Rule 48(a) of the
17
   Federal Rules of Criminal Procedure, dismissal by the Government,
18
   hereby moves to dismiss the Information against Angel Cruz,
19
   without prejudice, in the interest of justice.
20

21
                                      Respectfully submitted,
22
                                      McGREGOR W. SCOTT
23                                    United States Attorney

24
   DATED: 4 May, 2005
25                          By        _____
                                      ROBERT B. STIRK
26                                    Special Assistant U.S. Attorney

27

28

## ORDER

1  IT IS HEREBY ORDERED that the information against Angel Cruz, Case
2  No. 5: **05-MJ-00038 TAG**, be dismissed, without prejudice, in the
3  interest of justice.
4
5  DATED: 5/4/2005
6                                    Theresa A. Goldner
                                     United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28